**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel HERRERA, Defendant–**
**Appellant.**

**No. 04–40809.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Daniel Herrera, Victoria, TX, pro se.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Daniel Herrera on appeal has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Herr-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

era has not filed a response. Our independent review of counsel's brief and of the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

